UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN HAWKINS<br>8705 Bolero Court<br>Clinton, MD 20735,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE (DOJ)<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS & EXPLOSIVES (ATF),<br>99 New York Avenue, N.E.<br>Washington, D.C. 20226<br><br>    Defendant. | Civil Action No. 07-2077 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

            ____/s/_____
            JOHN G. INTERRANTE
            PA Bar # 61373
            Assistant United States Attorney
            Civil Division
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 514-7220
            (202) 514-8780 (fax)
            John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

KEVIN HAWKINS
8705 Bolero Court
Clinton, MD 20735

on this _____ day of December, 2007.

                                                \_\_\_\_/s/_____
                                                JOHN G. INTERRANTE
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7220
                                                (202) 514-8780 (fax)
                                                John.Interrante@usdoj.gov