**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KEVIN HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-2077 (PLF)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS & EXPLOSIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant respectfully requests an extension of time of 60 days to, and including, March 25, 2008, in which to file an answer or otherwise respond to the complaint in this case, alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq. The United States Attorney for the District of Columbia received a copy of the complaint on November 26, 2007, and defendant's response is currently due on January 25, 2008. This is the first request for an enlargement of time in the case. Undersigned counsel notified plaintiff, Kevin Hawkins, who is proceeding pro se, of defendant's intention to request additional time by leaving a telephonic voice mail message, but was unable to reach plaintiff in person to obtain his position on this motion.

Defendant requires additional time to review Plaintiff's 20-page employment discrimination complaint and the 63 attached exhibits, consisting primarily of email communications relating to the allegations in the complaint. The agency attorney initially assigned to handle the case is now on maternity leave, and the case has been assigned to another counsel, who will need to review the file.

Undersigned counsel, in turn, requires additional time to confer and consult with agency counsel prior to preparing an answer or otherwise respond to the complaint.

WHEREFORE, Defendant respectfully requests an enlargement of time of 60 days to file an answer or otherwise respond to the complaint.  A proposed Order is submitted herewith.

Respectfully submitted,


\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage

prepaid to:

        Kevin Hawkins
        8705 Bolero Court
        Clinton, MD 20735

on this 25th day of January, 2008.


                     ____/s/_____
                     JOHN G. INTERRANTE
                     Assistant United States Attorney
                     Civil Division
                     555 4th Street, N.W.
                     Washington, D.C. 20530
                     (202) 514-7220
                     (202) 514-8780 (fax)
                     John.Interrante@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KEVIN HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-2077 (PLF)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS & EXPLOSIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or

Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is

hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to

the complaint by March 25, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

<br>

Paul L. Friedman
United States District Judge