UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN J. HAWKINS, SR.,  )      CIVIL ACTION NO.
    Plaintiff,  )      07-2077 (PLF)
         )
         )      United States District Judge
    v.  )      Paul L. Friedman
         )
DEPARTMENT OF JUSTICE,  )
BUREAU OF ALCOHOL, TOBACCO,  )
FIREARMS & EXPLOSIVES  )
    Defendant,  )
         )

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION
### FOR AN ENLARGEMENT OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

      The plaintiff respectfully objects to the defendant's motion for an enlargement of time filed on

January 25, 2008, in which to file an answer or otherwise respond to the complaint in this case, alleging

employment discrimination. In accordance with the defendant's motion the United States Attorney for the

District of Columbia, Mr. Interrante, acknowledges receiving a copy of the summons/complaint on

November 26, 2007, and more importantly acknowledges a summon response is due on January 25, 2008;

however, in the final hour he requests an enlargement of time. In addition, this maybe their first request for

an enlargement of time in this case; however, without a doubt, the defendant's has ignored every Equal

Employment Opportunity timeline by not responding at all. Consequently, this is why the EEO case has

reached the U.S. District Court. Also, Mr. Interrante leaving a voicemail for me in the final hour of the

deadline to respond to the summons, clearly displays the defendant's approach which has been to stall this

case for as long as permitted (February 2007 -2008). In summary, I thought I was being ignored due to my

filing pro se, however, it appears that the defendant (ATF) and their newly assigned representative (DOJ)

has no respect for summons ordered by the District Court.

      In response to the defendant requiring additional time to review my 20-page employment

discrimination complaint (summary) and the 63 attached exhibits, which the defendants alleges consisting



United States
# Office of
# Personnel Management



Washington, DC 20415

**NOV 2 0 2007**

Mr. Kevin Hawkins
Management/Employee and Labor Relations Branch
Office of Human Resources
Bureau of Alcohol, Tobacco, Firearms, and Explosives
99 New York Avenue, NE
Washington, DC 20226

Dear Mr. Hawkins:

We have accepted your position classification appeal. As provided by law, we determine the correct pay system, title, series, and grade of a position by comparing current duties and responsibilities to the Office of Personnel Management's (OPM) standards and guidelines. Our decision will be based on a review of your official duties and responsibilities and may upgrade, downgrade, or sustain the grade of your position. We do not decide non-appealable issues, such as a position-to-position comparison, an agency's proposed classification, or the accuracy of grade level criteria in an OPM standard or guide.

There is no right to a hearing or audit in the classification appeal process. We give the agency and appellant a full opportunity to send us any pertinent written material. We have given your agency a copy of the material you sent to us. Please provide your personnel office with a copy of any material you send to us during the adjudication of this appeal.

As the enclosure indicates, we have asked your agency to provide additional information to us that we need to decide your appeal. We call this information the agency's administrative report. Without this information, we cannot begin our analysis of your position. We may also contact you and/or your supervisor directly for additional information.

We will begin processing your appeal after we receive your agency's administrative report. Please notify us immediately if there is a substantive change in your duties or employment status before a decision is reached on your appeal. If you have any questions, you may contact me at (202) 606-1814.

Sincerely,

Linda Kazinetz
Classification Appeals Officer
Center for Merit System Accountability

Enclosure



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

**DEC 1 0 2007**

403050:LTB
2121

MEMORANDUM TO: Kevin Hawkins
　　　　　　　　　Senior Negotiator
　　　　　　　　　Management/Employee and Labor Relations Branch
　　　　　　　　　Human Resources Division
　　　　　　　　　Office of Management

　　　　FROM: Chief, Management/Employee and Labor Relations Branch
　　　　　　　　Human Resources Division
　　　　　　　　Office of Management

　　　SUBJECT: November 23, 2007 Request for Reasonable Accommodation


You submitted DOJ Form 100A, Request for Reasonable Accommodation, requesting to telework. You sited abdominal pains, migraines, high blood pressure -from work-related stress, (ACC for Mental/Psychiatric Category) as the reasons for your request. You also submitted a memorandum addressed to Deputy Director Carter along with medical information in support of your request.

Since November 5, 2007, you have been absent from the office. On November 8, 2007, you faxed medical documentation signed by Joseph C. Randall, MD informing management that your physician advised a medical leave of absence for you from November 8, 2007 to pending completion of evaluation and treatment. In your after visit summary medical report, it indicates that the status of your review is pending through February 6, 2008.

On three separate occasions in November, we either spoke or exchanged e-mail regarding the status of your medical condition. On November 13, 2007, you informed me that you underwent an examination (sonogram) and were waiting for your primary care physician to review the results with you. On November 15, 2007, we spoke again and you informed me that while you had not spoken with your physician, you were no longer experiencing any pain in your side or stomach. On November 19, 2007, we again communicated regarding your medical condition. You informed me that you still had not heard from your doctor; but that you did receive a call from your doctor's assistant

December 20, 2007

Mr. Kevin Hawkins,

OPM has accepted your classification appeal and in accordance with their request, we are providing you with a copy of the agency's administrative report and a copy of the documents we are sending them relative to your appeal. OPM requires that you send them any comments on the agency's administrative report within 15 days of receipt of this letter, with a copy to us. Please send ATF's copy of the comments to:

Kathryn Greene
Classification and Performance Management Branch
Human Resources Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

Sincerely,

Kathryn Greene
Chief, CPMB

**Hawkins, Kevin J.**

| | |
|---|---|
| **From:** | Boykin, Lisa T. |
| **Sent:** | Wednesday, January 02, 2008 1:10 PM |
| **To:** | Hawkins, Kevin J. |
| **Subject:** | Shared Drive Access |

Kevin:

Check with the help desk today to get an updated status of your access to the shared drive and give me an update today.  If there is anything I need to do to move that along, I need to know.

Thank you.

*Lisa T. Boykin, Chief*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Washington, DC  20226*
*202-648-7489 (work)*
*Lisa.Boykin@atf.gov*

## Hawkins, Kevin J.

| | |
|---|---|
| **From:** | HELP DESK - OSTCS |
| **Sent:** | Thursday, January 03, 2008 9:37 AM |
| **To:** | Boykin, Lisa T. |
| **Cc:** | Hawkins, Kevin J. |
| **Subject:** | eRequest Status for Kevin Hawkins |
| **Importance:** | High |

Lisa,

Per Remedy eRequest, there is still an outstanding request listed as "Pending Approval" for your action for Kevin Hawkins' request for access to the Share Drive "HQ1-FPI\PER_ELR".

In order for him to gain access to this share, you must log into eRequest and approve the request.

If you have any questions, please call the OST Help Desk at 877-875-3723.

Thank you,

Ron Dickerson
OST Help Desk.

## Hawkins, Kevin J.

| | |
|---|---|
| **From:** | Hawkins, Kevin J. |
| **Sent:** | Tuesday, January 08, 2008 10:12 AM |
| **To:** | 'STaylor@osc.gov' |
| **Cc:** | 'hawkzs@comcast.net' |
| **Subject:** | FW: Your title-Reprisal/Retaliation |
| **Sensitivity:** | Confidential |

I have been using the title since I have been employed at ATF – now she has a problem with it – wonder why??????? OSC complaints & OPM Classification Appeals!!!!!!!!      EEO COMPLAINTS !!!

*Kevin J. Hawkins*
*Senior Labor Negotiator, ATF*
*Human Resources Division*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Room 2E327*
*Washington, DC 20226*
*(W) 202-648-7484*
*(C) 202-441-1151*
*(F) 202-648-9639*
*Kevin.Hawkins@ATF.gov*

---

**From:** Boykin, Lisa T.
**Sent:** Friday, January 04, 2008 12:57 PM
**To:** Hawkins, Kevin J.
**Cc:** Oates, Helen M.
**Subject:** Your title

Kevin, your title is that of Human Resources Specialist, Senior Labor Negotiator. I've noticed on your signature block that you identify yourself as "National Negotiator." Please make sure to change your signature block and any other position identifiers to "Senior Labor Negotiator." This includes all future correspondence, both internal and external, and with the NTEU and DOJ. Please make this change today.

Thank you.

*Lisa T. Boykin, Chief*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Washington, DC 20226*
*202-648-7489 (work)*
*Lisa.Boykin@atf.gov*

## Hawkins, Kevin J.

| | |
|---|---|
| **From:** | Boykin, Lisa T. |
| **Sent:** | Monday, January 07, 2008 11:59 AM |
| **To:** | Hawkins, Kevin J. |
| **Subject:** | RE: Weekly Report |
| **Sensitivity:** | Confidential |

Kevin your status report indicates that you need an update on some of your projects. Since you need an update from me you need to schedule a meeting.

Thanks,

Lisa

**From:** Hawkins, Kevin J.
**Sent:** Friday, January 04, 2008 3:42 PM
**To:** Boykin, Lisa T.
**Subject:** Weekly Report
**Sensitivity:** Confidential

*Kevin J. Hawkins*
*Senior Labor Negotiator, ATF*
*Human Resources Division*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Room 2E327*
*Washington, DC 20226*
*(W) 202-648-7484*
*(C) 202-441-1151*
*(F) 202-648-9639*
*Kevin.Hawkins@ATF.gov*

**From:** Hawkins, Kevin J.
**Sent:** Monday, January 07, 2008 2:47 PM
**To:** Boykin, Lisa T.
**Cc:** Oates, Helen M.
**Subject:** RE: Your T & A
**Sensitivity:** Confidential

What is the basis for the denial?

Kevin J. Hawkins
Senior Labor Negotiator, ATF
Human Resources Division
Management/Employee and Labor Relations Branch
99 New York Avenue, NE
Room 2E327
Washington, DC 20226
(W) 202-648-7484
(C) 202-441-1151
(F) 202-648-9639
Kevin.Hawkins@ATF.gov

**From:** Boykin, Lisa T.
**Sent:** Monday, January 07, 2008 2:43 PM
**To:** Hawkins, Kevin J.
**Cc:** Boykin, Lisa T.
**Subject:** Your T & A
**Importance:** High
**Sensitivity:** Confidential

Kevin:

I denied your request for advanced sick leave for December 27th and 28th. If you would like to re-submit those hours as Leave Without Pay, I will approve your request.

Thank you.

*Lisa T. Boykin, Chief*
Management/Employee and Labor Relations Branch
99 New York Avenue, NE
Washington, DC 20226
202-648-7489 (work)
Lisa.Boykin@atf.gov

# Hawkins, Kevin J.

| | |
|---|---|
| **From:** | Hawkins, Kevin J. |
| **Sent:** | Tuesday, January 08, 2008 10:18 AM |
| **To:** | 'STaylor@osc.gov' |
| **Cc:** | 'hawkzs@comcast.net' |
| **Subject:** | FW: Your T & A - Reprisal/Retaliation |
| **Sensitivity:** | Confidential |

Management refused to give a reason, animus, besides; I accrue 8 hours of annual a pay period.  Thus, they could have approved advanced annual leave and 10.30 hours of leave would have been paid back on January 14, 2008.

*Kevin J. Hawkins*
*Senior Labor Negotiator, ATF*
*Human Resources Division*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Room 2E327*
*Washington, DC  20226*
*(W) 202-648-7484*
*(C) 202-441-1151*
*(F) 202-648-9639*
*Kevin.Hawkins@ATF.gov*

---

**From:** Hawkins, Kevin J.
**Sent:** Tuesday, January 08, 2008 7:53 AM
**To:** 'hawkzs@comcast.net'
**Subject:** FW: Your T & A - Reprisal/Retaliation
**Sensitivity:** Confidential

The section only states "manager's discretion," thus, manager refused to provide reason for the denial.

*Kevin J. Hawkins*
*Senior Labor Negotiator, ATF*
*Human Resources Division*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Room 2E327*
*Washington, DC  20226*
*(W) 202-648-7484*
*(C) 202-441-1151*
*(F) 202-648-9639*
*Kevin.Hawkins@ATF.gov*

---

**From:** Boykin, Lisa T.
**Sent:** Monday, January 07, 2008 4:35 PM
**To:** Hawkins, Kevin J.
**Cc:** Oates, Helen M.
**Subject:** RE: Your T & A
**Sensitivity:** Confidential

In accordance with ATFO 2650.1, 57 Advancing Sick Leave.



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

JAN - 8 2008

403050:LTB
2121

MEMORANDUM TO: Kevin Hawkins
                       Senior Labor Negotiator
                       Management/Employee and Labor Relations Branch
                       Human Resources Division
                       Office of Management

           FROM: Chief, Management/Employee and Labor Relations Branch
                       Human Resources Division
                       Office of Management

     SUBJECT: Response - November 23, 2007 Request for Reasonable
                     Accommodation

On Monday, December 31, 2007, you provided me with medical documentation regarding your request for reasonable accommodation. I reviewed the documentation in which your doctor indicated you were "incapacitated" "totally disabled" from November 5, 2007 through December 28, 2007. The documentation does not indicate that you have a need for any work restrictions after December 28, 2007; therefore, your request for a reasonable accommodation is denied.

Lisa T. Boykin



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

JAN - 8 2008

Washington, DC 20226
www.atf.gov

403050:LTB
2134

MEMORANDUM TO: Kevin J. Hawkins
Senior Labor Negotiator
Management/Employee and Labor Relations Branch

FROM: Chief, Management/Employee and Labor Relations Branch

SUBJECT: Caution

This memorandum cautions you for your failure to follow direct orders regarding your contact with the chain of command.

On Wednesday, January 2, 2008, you approached Deputy Human Resources Officer, Helen Oates regarding a SF-50 Personnel Action. On that same day, Helen informed me that you reached out to her seeking an answer to your question. She asked if I had been made aware of your concern and I said no.

On Thursday, January 3, 2008, you sent an e-mail to the Assistant Director, Office of Management, Melanie Stinnett, subject "Tiger Team Meeting". In your e-mail, among other things, you requested that the responsibility of bargaining unit determinations be removed from you. I was copied on that email and that was the first time I learned of this issue.

You have been counseled on more than one occasion about going through your chain of command to address your issues and or concerns. However, you continue to fail to do so. Your continued display of this type of behavior is not only uncooperative but also insubordinate. You do not have the option of deciding whether or not to follow lawful and reasonable instructions given by me or any other manager in your management chain.

Therefore, I believe this letter of caution is necessary to impress upon you the seriousness with which I view your behavior. You are hereby warned that such instances of insubordination and disrespect are inappropriate in the work place and will not be tolerated. Any future instances of such behavior may result in disciplinary action.

Kevin J. Hawkins                                2
Letter of Caution

It is important for you to understand that your behavior should reflect the professionalism required and expected of all Federal employees and that no individual is above that standard. Therefore, I expect your behavior in the future will meet and/or exceed this basic expectation and that you will follow the chain of command by contacting me first regarding work-related issues.

Lisa T. Boykin

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name   (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HAWKINS, KEVIN J | 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 | 12-22-1965 | 09-02-2007 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code  790 | 5-B. Nature of Action  REALIGNMENT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code  UNM | 5-D. Legal Authority  ATF BRIEF DTD 8/28/0 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | HUMAN RESOURCES SPECIALIST (SENIOR LAB  65387977   006008 |

| 8.Pay Plan | 9.Occ. Code | 10.Grade or Level | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Level | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | | GS | 0201 | 13 | 02 | $82,044.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | $69,183.00 | $12,861.00 | $82,044.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| BR ALCOHOL,TOBACCO,FIREARMS,EXPLOSIVES  ASST DIRECTOR MANAGEMENT/CFO  HUMAN RESOURCES DIVISION  MGMT/EMP & LABOR REL BRANCH  DJ TF4030500000000000  PP 25 2007 | ASST DIRECTOR MANAGEMENT/CFO  HUMAN RESOURCES DIVISION  DJ TF4030500000000000   PP 25 2007 |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 1-None | 3-10 Point/Disability | 5-10 Point/Other | 0-None | 2-Conditional | | X  YES | NO |
| 2  2-5 Point | 4-10 Point/Compensable | 6-10 Point/Compensable/30% | 1  1-Permanent | 3-Indefinite | | | |

| 27. FEGLI  C0  BASIC | 28. Annuitant Indicator  9  NOT APPLICABLE | 29. Pay Rate Determinant  0 |
|---|---|---|

| 30. Retirement Plan  K  FERS AND FICA | 31. Service Comp. Date (Leave)  04-09-1988 | 32. Work Schedule  F  FULL TIME | 33. Part-Time Hours Per Biweekly  Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code  11-0010-001 | 39. Duty Station     (City-County-State or Overseas Location)  WASHINGTON  DIST OF COLUMBIA  DC |
|---|---|

| 40. Agency Data | 41.  SPX; M | 42.  ITZ; J | 43.  T STAT | 44.  LV:09 YR:00 INST PRG |
|---|---|---|---|---|

45. Remarks

| 46. Employing Department or Agency  U.S. DEPARTMENT OF JUSTICE | 50. Signature/Authentication and Title of Approving Official  DIANE E. FILLER  CHIEF, PERSONNEL OFFICER |
|---|---|
| 47. Agency Code  DJ TF | 48. Personnel Office ID  4152 | 49. Approval Date  12-21-2007 |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**1 - Employee Copy - Keep for Future Reference**

**From:**  "Oates, Helen M." <Helen.M.Oates@usdoj.gov>

**To:**  "Oates, Helen M." <Helen.M.Oates@usdoj.gov>, "Bouman, Rachel A."
<Rachel.A.Bouman@usdoj.gov>, <hawkzs@comcast.net>

**CC:**  <MFCoward@aol.com>, "Filer, Diane E." <Diane.E.Filer@usdoj.gov>, "Boykin, Lisa T."
<Lisa.T.Boykin@usdoj.gov>

**Subject:**  RE: Voicemail Message

**Date:**  Thursday, January 03, 2008 10:07:00 AM


Kevin, PPOB checked the system and I have an explanation for what you saw on the SF-50 (that you reported directly to me). This is how they explained it to me:

They processed the realignment to the new MELRB org code.

You went into HR Connect and updated your work address to reflect the 99 New York Ave address.

When the realignment action processed it pulled in the old org code (no one seems to know why).

You saw a 50 with the wrong reports to information.

PPOB corrected the org code information (1/3/08)

You now report (correctly) to MELRB.

Another SF-50 should be available tomorrow.

I'm very sorry for the confusion but I thank you for bringing up the issue as this whole exercise has been to clean up the system and it would have been for nothing if it still reflected an improper org code. Helen.

---

**From:** Oates, Helen M.
**Sent:** Thursday, January 03, 2008 9:47 AM
**To:** Bouman, Rachel A.; 'hawkzs@comcast.net'
**Cc:** 'MFCoward@aol.com'; Filer, Diane E.; Boykin, Lisa T.
**Subject:** RE: Voicemail Message

Kevin the realignment was not to move you from MELRB to report directly to me and if that is what your action says there is an error in processing. I've asked for a copy to be printed out for me by PPOB and will have it shortly. As I explained to you yesterday we are merely doing housecleaning that didn't happen properly when we restructured and I took on Bill's area of responsibility. You are to continue to report to Lisa as is the rest of the MELRB staff. If the copy I've requested says anything different I will make sure it is corrected. If you have any other questions regarding the realignment action please let me know.

---

**From:** Bouman, Rachel A.
**Sent:** Thursday, January 03, 2008 9:40 AM
**To:** hawkzs@comcast.net
**Cc:** MFCoward@aol.com; Oates, Helen M.

## Hawkins, Kevin J.

| | |
|---|---|
| **From:** | Hawkins, Kevin J. |
| **Sent:** | Thursday, January 10, 2008 8:40 AM |
| **To:** | 'hawkzs@comcast.net' |
| **Cc:** | 'MFCoward@aol.com' |
| **Subject:** | FW: Re: HRD Realignment SF-50's-Response to Caution |
| **Sensitivity:** | Confidential |

My **question** sparked awareness to a potential problem; however, cautioned about actions

*Kevin J. Hawkins*
*Senior Labor Negotiator, ATF*
*Human Resources Division*
*Management/Employee and Labor Relations Branch*
*99 New York Avenue, NE*
*Room 2E327*
*Washington, DC 20226*
*(W) 202-648-7484*
*(C) 202-441-1151*
*(F) 202-648-9639*
*Kevin.Hawkins@ATF.gov*

---

**From:** Truesdale, Andrea N.
**Sent:** Friday, January 04, 2008 10:17 AM
**To:** OM-Human Resources Division
**Subject:** Re: HRD Realignment SF-50's

Hello HR Division,

In Pay Period 25 2007 a realignment personnel action was processed for all HRD employees with an effective of 9/2/07. Some of the SF-50's have printed with incorrect data in Block 22 on the SF-50. We are aware of the error and we are working on correcting the information.

If you have any questions or concerns regarding this matter please contact me at 202-648-8702.
Thanks
A Truesdale

*Andrea N Truesdale*
*Human Resources Specialist*
*Payroll & Processing Operations Branch*
*Phone 202-648-8702 Fax 202-648-9642*
*e-mail: Andrea.Truesdale@atf.gov*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN J. HAWKINS, SR., | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 07-2077 (PLF) |
|  | ) |  |
|  | ) | United States District Judge |
| v. | ) | Paul L. Friedman |
|  | ) |  |
|  | ) |  |
| DEPARTMENT OF JUSTICE, | ) |  |
| BUREAU OF ALCOHOL, TOBACCO, | ) |  |
| FIREARMS & EXPLOSIVES | ) |  |
| Defendant, | ) |  |
|  | ) |  |

### ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, the presented claims, and the entire record herein, it is hereby ORDERED that the motion is DENIED.

It is further ORDERED that the defendant shall file an answer or otherwise respond to the complaint within one week of this order.

It is SO ORDERED this _____ day of _____, 2008.


_____
Paul L. Friedman
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN J. HAWKINS, SR.,       )      CIVIL ACTION NO.
    Plaintiff,             )      07-2077 (PLF)
                          )
      v.                )      United States District Judge
                          )      Paul L. Friedman
                          )
DEPARTMENT OF JUSTICE,    )
BUREAU OF ALCOHOL, TOBACCO,  )
FIREARMS & EXPLOSIVES    )
    Defendant,           )
                          )
                          )

## ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the Plaintiff's response to the motion, for good cause shown, and the entire record herein, it is hereby ORDERED that both motions are GRANTED.

It is further ORDERED that the defendant shall effectuate the plaintiff's reassignment effective the beginning of the next pay period and the defendant shall file an answer or otherwise respond to the complaint by March 25, 2008.

It is SO ORDERED this _____ day of _____, 2008.


_____
Paul L. Friedman
United States District Judge

# FAX SHEET

FROM: MR. HAWKINS

TO: JUDGE FRIEDMAN

DATE: 01/29/08

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN J. HAWKINS, SR., | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 07-2077 (PLF) |
|  | ) |  |
|  | ) | United States District Judge |
| v. | ) | Paul L. Friedman |
|  | ) |  |
|  | ) |  |
| DEPARTMENT OF JUSTICE, | ) |  |
| BUREAU OF ALCOHOL, TOBACCO, | ) |  |
| FIREARMS & EXPLOSIVES | ) |  |
| Defendant, | ) |  |
|  | ) |  |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION
## FOR AN ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The plaintiff respectfully objects to the defendant's motion for an enlargement of time filed on January 25, 2008, in which to file an answer or otherwise respond to the complaint in this case, alleging employment discrimination. In accordance with the defendant's motion the United States Attorney for the District of Columbia, Mr. Interrante, acknowledges receiving a copy of the summons/complaint on November 26, 2007, and more importantly acknowledges a summon response is due on January 25, 2008; however, in the final hour he requests an enlargement of time. In addition, this maybe their first request for an enlargement of time in this case; however, without a doubt, the defendant's has ignored every Equal Employment Opportunity timeline by not responding at all. Consequently, this is why the EEO case has reached the U.S. District Court. Also, Mr. Interrante leaving a voicemail for me in the final hour of the deadline to respond to the summons, clearly displays the defendant's approach which has been to stall this case for as long as permitted (February 2007 -2008). In summary, I thought I was being ignored due to my filing pro se, however, it appears that the defendant (ATF) and their newly assigned representative (DOJ) has no respect for summons ordered by the District Court.

In response to the defendant requiring additional time to review my 20-page employment discrimination complaint (summary) and the 63 attached exhibits, which the defendants alleges consisting

primarily of email communications relating to the allegations in the complaint, the defendant has had sixty (60) days to review the complaint. In addition, the defendant's plea for sympathy by stating, "The agency attorney initially assigned to handle the case is now on maternity leave, and the case has been assigned to another counsel, who will need to review the file," shall not be taken into account for the following reasons:

1)     Where is the initial ATF designation of representative which should have been sent to me (Pro se), there is none! Also, the defendants supplied no supporting documentation regarding this alleged assigned attorney that is now on maternity leave; thus, the initial attorney assigned claim is questionable.

2)     I sympathize with any employee's medical situation; however, the bureau should not be rewarded for electing to assign an EEO case to an attorney whom they knew would have to request a leave of absence. In other words, assigning a case to an attorney whose pregnancy has been none for months and electing not to assign a back-up (Mismanagement) does not support an enlargement of time. Also, the representatives for the defendants were also aware that the bureau had 180 days to complete the EEO investigation (Deadline of August 27, 2007), which was blatantly ignored.

3)     More importantly, this EEO case is predominately about the "Hostile Work Environment" which I have been subjected to before my EEO filing, after the EEO filing and indeed has escalated after the District Court filing (See exhibits); thus, granting an enlargement of time would subject me to more adverse treatment/actions.

In conclusion, I respectfully request that the defendant's enlargement of time of sixty (60) days to file an answer or otherwise respond to the complaint be denied; and if for some reason the defendant's motion is granted, I respectfully request that you grant me a reassignment in accordance with the remedy requested in the District Court filing (Removal from the hostile work environment). Two proposed Orders is submitted herewith.

Respectfully submitted,

KEVIN HAWKINS, PRO SE
PLAINTIFF
8705 BOLERO COURT
CLINTON, MD 20735
EMAIL: HAWKZS@COMCAST.NET
PHONE: (240) 338-7311

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by FAX:

**United States District Court Judge (via facsimile)**
The Honorable Paul L. Friedman
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 354-3490
Fax: (202) 354-3498

**Agency's Representative (via facsimile)**
John G. Interrante
P.A. Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, DC 20530
Phone: (202) 514-7220
Fax: (202) 514-8780
Email: John.Interrante@usdoj.gov

this 29th day of January 2008.

KEVIN HAWKINS, PRO SE
PLAINTIFF
8705 BOLERO COURT
CLINTON, MD 20735
EMAIL: HAWKZS@COMCAST.NET
PHONE: (240) 338-7311

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN J. HAWKINS, SR., | ) | CIVIL ACTION NO. |
|     Plaintiff, | ) | 07-2077 (PLF) |
|  | ) |  |
|  | ) | United States District Judge |
|     v. | ) | Paul L. Friedman |
|  | ) |  |
|  | ) |  |
| DEPARTMENT OF JUSTICE, | ) |  |
| BUREAU OF ALCOHOL, TOBACCO, | ) |  |
| FIREARMS & EXPLOSIVES | ) |  |
|     Defendant, | ) |  |
|  | ) |  |

### ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, the presented claims, and the entire record herein, it is hereby ORDERED that the motion is DENIED.

It is further ORDERED that the defendant shall file an answer or otherwise respond to the complaint within one week of this order.

It is SO ORDERED this _____ day of _____, 2008.


_____
Paul L. Friedman
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN J. HAWKINS, SR.,
    Plaintiff,

    v.

DEPARTMENT OF JUSTICE,
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS & EXPLOSIVES
    Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
07-2077 (PLF)

United States District Judge
Paul L. Friedman

### ORDER

    Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the Plaintiff's response to the motion, for good cause shown, and the entire record herein, it is hereby ORDERED that both motions are GRANTED.

    It is further ORDERED that the defendant shall effectuate the plaintiff's reassignment effective the beginning of the next pay period and the defendant shall file an answer or otherwise respond to the complaint by March 25, 2008.

    It is SO ORDERED this _____ day of _____, 2008.


                                       _____
                                       Paul L. Friedman
                                       United States District Judge

# FAX SHEET

FROM: MR. HAWKINS

TO: JUDGE FRIEDMAN

DATE: 01/29/08