**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **KEVIN HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 07-2077 (PLF) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS & EXPLOSIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant respectfully moves the Court for an extension of time of 30 days to, and

including, April 24, 2008, in which to file an answer or otherwise respond to the complaint in

this case, alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as

amended ("Title VII"), 42 U.S.C. § 2000e et seq.  Defendant's answer is due on March 25, 2008,

by prior order of this Court.  This is the second request for an enlargement of time in this case.

The additional time is required because the component agency, Bureau of Alcohol,

Tobacco, Firearms and Explosives, and Mr. Hawkins, through his counsel, are in the process of

finalizing a global settlement agreement that will dispose of this case and other matters currently

pending at the administrative level.  Defendant has not sought plaintiff's position on the

requested extension because, although he is pro se in this case, he is represented by counsel in

the settlement negotiations, which include the claims in this matter.

**WHEREFORE**, Defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,


_____/s/_____

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____

JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage

prepaid to:

        Kevin Hawkins
        8705 Bolero Court
        Clinton, MD 20735

on this 25th day of March, 2008.


                  ____/s/_____
                  JOHN G. INTERRANTE
                  Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KEVIN HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-2077 (PLF)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS & EXPLOSIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon Consideration of the Defendant's Second Motion for Enlargement of Time to

Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein,

it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to

the complaint by April 24, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


 

Paul L. Friedman
United States District Judge