UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS & EXPLOSIVES, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2077 (PLF) |

**THE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH THE COURT'S MINUTE ORDER OF JULY 9, 2008**

The defendant, the Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATF"), hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to comply with the Court's Minute Order of July 9, 2008. As grounds for this motion, the following is offered:

1. On April 25, 2008, defendant filed a stipulation of dismissal of this action based on a settlement agreement (attached to the stipulation) that plaintiff had reached at the administrative level that extinguished the claims in this case. That stipulation was signed only by counsel for the defendant (although the agreement was signed by plaintiff and his counsel).

2. On July 9, 2008, the Court issued a Minute Order indicating that the procedure used was not acceptable and that the counsel for the government had until July 18, 2008, to either file a joint motion to dismiss or a signed stipulation of dismissal.

3. The Assistant United States Attorney who filed the stipulation on behalf of the BATF is out of the office on extended leave. Upon the undersigned becoming aware of the order, he

immediately attempted to rectify the situation. Although plaintiff appeared *pro se* in this matter, he was represented by counsel (Mortimer F. Coward) at the administrative level where the settlement agreement was entered. Accordingly, in an abundance of caution, the undersigned felt it prudent to first contact counsel. The undersigned explained the situation to the counsel and counsel said he would talk to plaintiff. After a couple days went by without a response, the undersigned called counsel again and left a message. After another couple of days went by without a response, the undersigned called counsel on July 17, 2008, during which conversation counsel stated that he had spoken to plaintiff but plaintiff reminded him that he did not represent him for this matter. Accordingly, counsel did not object to the undersigned speaking directly to plaintiff.

4. Upon receiving such authorization, the undersigned called plaintiff and informed him of the Court's Minute Order. Plaintiff stated that he did not object in principle to signing a joint stipulation of dismissal (he conveyed that there was a paperwork issue with BATF he wished to first clear up). Accordingly, on that same date, July 17, 2008, as directed by plaintiff, the undersigned mailed a copy of a proposed joint Stipulation of Dismissal to plaintiff's home address. Attachment 1.

5. Because of the foregoing, defendant respectfully requests a three week enlargement of time, up to and including August 8, 2008, within which to comply with the Court's Minute Order of July 9, 2008. This time period is necessary because the parties are dealing through the United

States Mail, plaintiff is *pro se*, and because plaintiff, apparently, needs to work an issue out with the BATF.

Dated: July 18, 2008

Respectfully submitted,

/s/ _J. A. Taul (by RC)_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ _[signature]_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
555 Fourth Street, N.W., Room E4226
Washington, D.C. 20530
(202) 514-7151
(202) 514-8780 (facsimile)

# ATTACHMENT 1

Case 1:07-cv-02077-PLF   Document 7   Filed 07/18/2008   Page 4 of 11



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 17, 2008

<u>Via First-Class Mail</u>

Kevin Hawkins
8705 Bolero Court
Clinton, MD 20735

    Re:   <u>Hawkins v. BATF, 07-2077 (PLF)</u>

Dear Mr. Hawkins,

    As I informed you in our telephone conversation today, the Court has issued a Minute Order indicating that it did not accept the filing of the stipulation of dismissal signed by only the government with the Settlement Agreement attached. The Court wants the parties to sign a joint stipulation of dismissal. *See* Attached Docket Sheet. Accordingly, please sign the attached joint stipulation and promptly return to my attention at the above-listed address. If you have questions concerning this matter, please do not hesitate to call me at (202) 514-7151.

                               Sincerely,

                               Rudolph Contreras
                               Assistant United States Attorney
                               Chief, Civil Division

JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02077-PLF

HAWKINS v. DEPARTMENT OF JUSTICE
Assigned to: Judge Paul L. Friedman
Cause: 42:2003 Job Discrimination

Date Filed: 11/14/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

KEVIN HAWKINS     represented by  KEVIN HAWKINS
                                  8705 Bolero Court
                                  Clinton, MD 20735
                                  (301) 856-0750
                                  PRO SE

V.

**Defendant**

DEPARTMENT OF JUSTICE     represented by  John G. Interrante
*BUREAU OF ALCOHOL, TABACCO,*             U.S. ATTORNEY'S OFFICE
*FIREARMS & EXPLOSIVES*                   555 Fourth Street, NW
                                          Room E4806
                                          Washington, DC 20530
                                          (202) 514-7220
                                          Fax: (202) 514-8780
                                          Email: john.interrante@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | 1 | COMPLAINT against DEPARTMENT OF JUSTICE ( Filing fee $ 350, receipt number 4616008348) filed by KEVIN HAWKINS. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(td, ) (Entered: 11/16/2007) |
| 11/14/2007 |   | SUMMONS (3) Issued as to DEPARTMENT OF JUSTICE, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 11/16/2007) |
| 12/14/2007 | 2 | NOTICE of Appearance by John G. Interrante on behalf of DEPARTMENT OF JUSTICE (Interrante, John) (Entered: 12/14/2007) |
| 01/25/2008 | 3 | First MOTION for Extension of Time to File Answer re 1 Complaint by |

| | | |
|---|---|---|
| | | DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Interrante, John) (Entered: 01/25/2008) |
| 01/29/2008 | | MINUTE ORDER granting 3 defendant's motion for extension of time up to and including March 25, 2008 to answer. Signed by Judge Paul L. Friedman on January 29, 2008. (MA) (Entered: 01/29/2008) |
| 01/29/2008 | | Set/Reset Deadlines: Answer due by 3/25/2008. (mm) (Entered: 01/29/2008) |
| 01/30/2008 | 4 | Memorandum in opposition to re 3 First MOTION for Extension of Time to File Answer re 1 Complaint filed by KEVIN HAWKINS.("Let this be filed" by Judge Paul L. Friedman 1/30/08) (td, ) (Entered: 02/01/2008) |
| 03/25/2008 | 5 | Second MOTION for Extension of Time to File Answer re 1 Complaint by DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Interrante, John) (Entered: 03/25/2008) |
| 03/28/2008 | | MINUTE ORDER granting 5 defendant's second motion for extension of time up to and including April 24, 2008 to answer. Signed by Judge Paul L. Friedman on March 28, 2008. (MA) (Entered: 03/28/2008) |
| 03/28/2008 | | Set/Reset Deadlines: Answer due by 4/24/2008. (mm) (Entered: 03/28/2008) |
| 04/25/2008 | 6 | STIPULATION of Dismissal *filed* by DEPARTMENT OF JUSTICE. (Attachments: # 1 Text of Proposed Order)(Interrante, John) (Entered: 04/25/2008) |
| 07/09/2008 | | MINUTE ORDER: This case will not be dismissed from the docket of this Court until counsel for the government files either a joint motion to dismiss the case or a signed stipulation of dismissal for this case. The government's counsel is directed to do so, or to show cause in writing why he has not done so, on or before July 18, 2008. Signed by Judge Paul L. Friedman on 7/9/08. (lcplf1) (Entered: 07/09/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2008 17:50:43 | | | |
| PACER Login: | du2319 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-02077-PLF |
| Billable Pages: | 1 | Cost: | 0.08 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS & EXPLOSIVES, <br><br> Defendant. | Civil Action No. 07-2077 (PLF) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, Kevin Hawkins, and defendant, U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives, stipulate to the dismissal of this action with prejudice. Except as specified in the Settlement Agreement previously filed with the Court, Docket Entry 6, Attachment 1, each side will bear its own costs and fees.

Respectfully submitted,

/s/
KEVIN J. HAWKINS, pro se
8705 Bolero Court
Clinton, MD 20735

Dated: _____

/s/ J. A. Taylor (by RC)
JEFFREY A. TAYLOR, D.C. Bar # 498610

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
Civil Division, Room E-4226
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7151; (202) 514-8780 (fax)
Rudolph.Contreras@usdoj.gov
(Counsel for Defendant)

Dated: 7/17/08

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

    Kevin Hawkins
    8705 Bolero Court
    Clinton, MD 20735

on this day of July, 2008.

                                            /s/
                                     RUDOLPH CONTRERAS
                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HAWKINS,            )<br>                          )<br>        Plaintiff,        )<br>                          )<br>        v.                )<br>                          )<br>DEPARTMENT OF JUSTICE,    )<br>BUREAU OF ALCOHOL, TOBACCO,)<br>FIREARMS & EXPLOSIVES,    )<br>                          )<br>        Defendant.        )<br>                          ) | Civil Action No. 07-2077 (PLF) |

## ORDER

UPON CONSIDERATION of the Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives' ("BATF") motion for an enlargement of time within which to comply with the Court's Minute Order of July 9, 2008, and the grounds stated therefor, and the entire record herein, it is on this ____ day of July 2008, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that defendant shall have up to and including August 8, 2008, within which to comply with the Court's Minute Order of July 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kevin Hawkins
8705 Bolero Court
Clinton, MD 20735

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>Kevin Hawkins
>8705 Bolero Court
>Clinton, MD 20735

on this 18th day of July, 2008.

/s/ *[signature]*
RUDOLPH CONTRERAS
Assistant United States Attorney